**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1846-23

AUDREY POE, in her capacity as
co-trustee of the AUDREY POE
KNOX 2007 IRREVOCABLE
TRUST AGREEMENT,

     Plaintiff-Respondent,

v.

ERIC S. POE and ERIC
STEPHEN POE 2007
IRREVOCABLE TRUST
AGREEMENT,

     Defendants-Appellants.

_____

Submitted December 3, 2024 – Decided April 22, 2025

Before Judges Bishop-Thompson and Augostini.

On appeal from the Superior Court of New Jersey, Law Division, Mercer County, Docket No. L-1804-23.

Stark & Stark, attorneys for appellants (Paul W. Norris, on the briefs).

Lanciano & Associates, LLC, attorneys for respondent (Larry E. Hardcastle, II, of counsel and on the brief).

PER CURIAM

The court being advised by the parties that the issues in dispute have been amicably resolved, the appeal is dismissed with prejudice and without costs to either party.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

A-1846-23